■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AGUSTINE GARCIA, Appellant. [30 NYS3d 819]—

Order, Supreme Court, Bronx County (Raymond L. Bruce, J.), entered on or about April 29, 2015, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant was properly assessed 20 points under the risk factor for continuing course of sexual misconduct based on the case summary, which states that defendant engaged in sexual misconduct "on separate occasions" on or about and between August 3, 2010 and September 17, 2010 (*People v Mingo*, 12 NY3d 563, 568 n 2, 573 [2009]; *People v Wagner*, 75 AD3d 674, 675 [3d Dept 2010], *lv denied* 15 NY3d 712 [2010]). Accordingly, defendant was properly adjudicated a level two sex offender based on clear and convincing evidence. Concur—Mazzarelli, J.P., Andrias, Richter, Manzanet-Daniels and Kahn, JJ.